UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LABEED NOURI,

        Plaintiff,

v.

OAKLAND COUNTY JAIL, ET AL.,

        Defendants.
_____/

Case No. 10-13700

SENIOR UNITED STATES DISTRICT JUDGE
ARTHUR J. TARNOW

UNITED STATES MAGISTRATE JUDGE
LAURIE J. MICHELSON

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [50] AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [34]

On February 1, 2010, Magistrate Judge Michelson issued a Report and Recommendation [50] recommending that Plaintiff's Motion for Default Judgment [34] be denied.

Neither party filed an objection to the Report and Recommendation.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

   Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Default Judgment [34] is **DENIED.**

   **SO ORDERED.**

DATED: May 31, 2011              S/ARTHUR  J. TARNOW
                                          ARTHUR J. TARNOW
                                          United States Senior District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 31, 2011, by electronic and/or ordinary mail.

                                                      s/Shawntel Jackson
                                                      Case Manager